**DICKINSON WRIGHT PLLC**
Cynthia L. Alexander
Nevada Bar No. 6718
Email: calexander@dickinson-wright.com
Taylor Anello
Nevada Bar No. 12881
Email: tanello@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
*Attorneys for Defendant Desert Rock Enterprises II, LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Michele Joseph, individually, <br><br> Plaintiff, <br><br> vs. <br><br> DESERT ROCK ENTERPRISES II, LLC., a Nevada limited liability company <br><br> Defendant. | Case Number: 2:17-cv-02265-APG-VCF <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** <br><br> **(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between the undersigned, counsel of record for Plaintiff Michele Joseph ("Plaintiff") and Defendant Desert Rock Enterprises II, LLC ("Defendant") (collectively as the "Parties"), that the Parties consent to extend the deadline for Defendant's response to Plaintiff's Complaint ("Complaint") until November 6, 2017.

This is Defendant's first stipulation for an extension of time to file a response to the Complaint filed with this court. The extension is requested in order to provide the Defendant's counsel time to gather information and documentation necessary to adequately analyze the

1

claims set forth in the Complaint. The Parties agree that Defendant shall respond to the Complaint on or before November 6, 2017.

Dated this 4th day of October, 2017                                    Dated this 4th day of October, 2017

                                                                        DICKINSON WRIGHT PLLC

By    /s/ Robert P. Spretnak                                            By:  /s/ Cynthia L. Alexander
    Robert P. Spretnak                                  Cynthia L. Alexander, Esq.
    Law Offices of Robert P. Spretnak                    Nevada Bar No. 6718
    8275 S. Eastern Avenue, Suite 200                    Taylor Anello, Esq.
    Las Vegas, Nevada 89123                              Nevada Bar No. 12881
    (702)454-4900                                        8363 West Sunset Road, Suite 200
                                                                            Las Vegas, Nevada  89113-2210
    Valerie J. Fatica                                    *Attorneys for Defendant Desert Rock Enterprises II, LLC*
    The Ottawa Hills Shopping Center
    4334 W. Central Ave., Ste. 222
    Toledo, OH 43615
    419-654-1622
    *Attorney for Plaintiff Michele Joseph,*
    *Pro Hac Vice*

    IT IS SO ORDERED.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
              Magistrate

    DATED this 4th day of October 2017.

## CERTIFICATE OF SERVICE

The undersigned, an employee of Dickinson Wright PLLC, hereby certifies that on the 4th day of October 2017, a copy of **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** was served electronically to all parties of interest through the Court's CM/ECF system as follows:

Robert P Spretnak
Law Offices of Robert P. Spretnak
8275 S. Eastern Avenue
Suite 200
Las Vegas, NV 89123-
702-454-4900
Fax: 702-938-1055
Email: retrofuturistic@earthlink.net
*Attorney for Plaintiff Michele Joseph*

Valerie J. Fatica
The Ottawa Hills Shopping Center
4334 W. Central Ave., Ste. 222
Toledo, OH 43615
419-654-1622
Email: valeriefatica@gmail.com
*Attorney for Plaintiff Michele Joseph, Pro Hac Vice*

/s/ Lindsay Reid
An employee of Dickinson Wright PLLC