Robert P. Spretnak
Law Offices of Robert P. Spretnak
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Tel: (702) 454-4900
Fax: (702) 938-1055
bob@spretnak.com

Valerie J. Fatica, Esq., OH bar (0083812), admitted *pro hac vice*
The Ottawa Hills Shopping Center
4334 W. Central Ave., Suite 222
Toledo, OH 43615
(419) 654-1622 – Phone
(419) 241-9737 - Facsimile
valeriefatica@gmail.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| Michele Joseph, Individually, | : | Case No. 2:17-cv-02265 |
| Plaintiff, | : | |
| v. | : | **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF MICHELE JOSEPH TO RESPOND TO DEFENDANT DESERT ROCK ENTERPRISES II, LLC'S MOTION TO DISMISS** |
| DESERT ROCK ENTERPRISES II, LLC., a | : | |
| Nevada limited liability company, | : | |
| Defendant. | : | |
| _____/ | : | |

Plaintiff, Michele Joseph ("Plaintiff") and Defendant Desert Rock Enterprises II, LLC ("Desert Rock"), by and through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, as set forth below.

1. Plaintiff's response to Desert Rock's Motion to Dismiss [DE #12] was originally due on November 20, 2017.

2. Plaintiff shall oppose or otherwise respond to the Motion to Dismiss [DE #12] by December 1, 2017.

3. Good cause exists for this brief extension because it is Plaintiff's first request for any extension of time and there are presently no hearings or oral arguments scheduled that would require the Court to vacate.

IT IS SO ORDERED.

Dated: November 20, 2017.  _____
UNITED STATES DISTRICT JUDGE

I STIPULATE TO THE ENTRY OF THE ABOVE ORDER.

                                                Respectfully submitted,

| /s/ Valerie J. Fatica | /s/ Taylor A. Anello |
|---|---|
| Valerie J. Fatica (0083812) | Taylor A. Anello Esq. (0074520) |
| **4334 W. CENTRAL AVE. SUITE 222** | **Dickinson Wright PLLC** |
| Toledo, OH 43615 | 8363 West Sunset Road, Suite 200 |
| Telephone: (419) 654-1622 | Las Vegas, NV 89113 |
| Facsimile: (419) 241-9737 | Telephone: (702) 550-4423 |
| E-mail: valeriefatica@gmail.com | Facsimile: (844) 670-6009 |
| *Attorney for Plaintiff* | E-mail: TAnello@dickinsonwright.com |
| | *Attorneys for Defendant* |