Robert P. Spretnak
Law Offices of Robert P. Spretnak
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Tel: (702) 454-4900
Fax: (702) 938-1055
bob@spretnak.com

Valerie J. Fatica, Esq., OH bar (0083812), admitted *pro hac vice*
The Ottawa Hills Shopping Center
4334 W. Central Ave., Suite 222
Toledo, OH 43615
(419) 654-1622 – Phone
(419) 241-9737 - Facsimile
valeriefatica@gmail.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Michele Joseph, Individually, | : |
| Plaintiff, | : |
| v. | : Case No. 2:17-cv-02265 |
| DESERT ROCK ENTERPRISES II, LLC., a | : **ORDER** |
| Nevada limited liability company, | : |
| Defendant. | : |
| _____/ | : |

**<u>JOINT STIPULATION OF SUBSTITUTION</u>**

NOW COME the parties in this action, Plaintiff Michele Joseph and Defendant, Desert Rock Enterprises II, LLC, by and through their undersigned counsel, to hereby stipulate as follows:

1. In this action, Plaintiff Michele Joseph alleges that the "The D Las Vegas" located at 301 Fremont St, Las Vegas, NV 89101 is not accessible to individuals with disabilities.

1

2. In the Complaint, Plaintiff has incorrectly identified Defendant Desert Rock Enterprises II, LLC as the owner of the "The D Las Vegas". The D Las Vegas is in fact owned by DROCK Gaming, LLC, a Nevada limited liability company.

3. The parties jointly stipulate that DROCK Gaming, LLC shall be substituted as a defendant in this case for Defendant Desert Rock Enterprises II, LLC, and that Defendant Desert Rock Enterprises II, LLC shall be dismissed from the case with prejudice. The parties also jointly stipulate that all references in the Complaint to Desert Rock Enterprises II, LLC shall be construed as references to DROCK Gaming, LLC.

4. Pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, DROCK Gaming, LLC hereby waives service of the summons in this action.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: November 20, 2017.

I STIPULATE TO THE ENTRY OF THE ABOVE ORDER.

Respectfully submitted,

/s/ Valerie J. Fatica
Valerie J. Fatica (0083812)
**4334 W. CENTRAL AVE. SUITE 222**
Toledo, OH 43615
Telephone: (419) 654-1622
Facsimile: (419) 241-9737
E-mail: valeriefatica@gmail.com
*Attorney for Plaintiff*

/s/ Taylor A. Anello
Taylor A. Anello Esq. (0074520)
**Dickinson Wright PLLC**
8363 West Sunset Road, Suite 200
Las Vegas, NV 89113
Telephone: (702) 550-4423
Facsimile: (844) 670-6009
E-mail: TAnello@dickinsonwright.com
*Attorneys for Defendants and DROCK Gaming, LLC*