**DICKINSON WRIGHT PLLC**
Cynthia L. Alexander
Nevada Bar No. 6718
Email: calexander@dickinson-wright.com
Taylor Anello
Nevada Bar No. 12881
Email: tanello@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
*Attorneys for Defendant DROCK Gaming, LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Michele Joseph, individually,<br><br>Plaintiff,<br><br>vs.<br><br>DROCK Gaming, LLC., a Nevada limited liability company<br><br>Defendant. | Case Number: 2:17-cv-02265-APG-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PURSUANT TO FRCP 12(b)(1) AND 12(b)(6)**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between the undersigned, counsel of record for Plaintiff Michele Joseph ("Plaintiff") and Defendant DROCK Gaming, LLC ("Defendant") (collectively as the "Parties"), that the Parties consent to extend the deadline for Defendant's Reply In Support of its Motion to Dismiss Pursuant to FRCP 12(b)(1) and 12(b)(6) (ECF No. 12) ("Reply") until December 18, 2017. The current deadline to file the Reply is December 8, 2017.

This is Defendant's first stipulation for an extension of time to file the Reply. The extension is requested in order to provide the Defendant's counsel time to gather additional

1

information and documentation necessary to adequately reply in support of its Motion. The Parties agree that Defendant shall file a Reply to its Motion on or before December 18, 2017.

Dated this 6th day of December, 2017     Dated this 6th day of December, 2017

                                  DICKINSON WRIGHT PLLC

By  */s/ Valerie J. Faticq*_____     By:  */s/ Taylor A. Anello*_____
     Robert P. Spretnak                             Cynthia L. Alexander, Esq.
     Law Offices of Robert P. Spretnak         Nevada Bar No. 6718
     8275 S. Eastern Avenue, Suite 200          Taylor Anello, Esq.
     Las Vegas, Nevada 89123                     Nevada Bar No. 12881
     (702)454-4900                                     8363 West Sunset Road, Suite 200
                                                      Las Vegas, Nevada  89113-2210
     Valerie J. Fatica                                  *Attorneys for Defendant DROCK Gaming,*
     The Ottawa Hills Shopping Center          *LLC*
     4334 W. Central Ave., Ste. 222
     Toledo, OH 43615
     419-654-1622
     *Attorney for Plaintiff Michele Joseph,*
     *Pro Hac Vice*

     IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

     Dated: December 6, 2017.



2