UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MICHELE JOSEPH,

    Plaintiff(s),

v.

DROCK GAMING, LLC.,

    Defendant(s).

Case No. 2:17-cv-02265-APG-NJK

ORDER

(Docket Nos. 37, 38, 39)

On May 23, 2018, Plaintiff filed three notices of issuance of subpoena duces tecum. Docket Nos. 37, 38, 39. Discovery-related documents should not be filed unless ordered by the Court. *See* Local Rule 26-8; *see also* Fed. R. Civ. P. 5(d)(1). No such order has been entered by the Court in this case. Accordingly, the Court **STRIKES** Docket Nos. 37, 38, 39, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: May 24, 2018

                                                NANCY J. KOPPE
                                                United States Magistrate Judge