# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHELE JOSEPH, | Case No. 2:17-cv-02265-APG-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket No. 46) |
| DROCK Gaming, LLC, | |
| Defendant(s). | |

Before the Court is the parties' notice of settlement. Docket No. 46. The Court **ORDERS** the parties to file a stipulation of dismissal no later than August 24, 2018.

IT IS SO ORDERED.

DATED: July 25, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge