**DICKINSON WRIGHT PLLC**
Cynthia L. Alexander
Nevada Bar No. 6718
Email: calexander@dickinson-wright.com
Taylor Anello
Nevada Bar No. 12881
Email: tanello@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
*Attorneys for Defendant DROCK Gaming, LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Michele Joseph, individually, <br><br> Plaintiff, <br><br> vs. <br><br> DROCK Gaming, LLC., a Nevada limited liability company <br><br> Defendant. | Case Number: 2:17-cv-02265-APG-VCF <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR PARTIES TO COMPLETE SETTLEMENT AGREEMENT** <br> **(First Request)** |

Plaintiff Michele Joseph ("Plaintiff") and Defendant DROCK Gaming, LLC ("Defendant") (collectively as "the Parties"), by and through their respective counsel of record, hereby stipulate and agree to continue finalizing settlement agreement terms in connection with this case. The parties base this agreement upon the following:

1. The Parties filed a Notice of Settlement with the court on July 24, 2018 (ECF No. 46).

2. The court ordered that the parties file a stipulation of dismissal no later than August 24, 2018 (ECF No. 47).

/ / /

1

3. The Parties are still in the process of completing the settlement documentation and expect to file a Stipulation for Dismissal within 30 days.

4. The Parties jointly request that the calendared deadlines continue to be stayed and/or that the case be held in abeyance while the Parties document the settlement.

<table>
<tr><td>

Dated August 24, 2018

DICKINSON WRIGHT, PLLC

By: */s/ Cynthia L. Alexander*
    Cynthia L. Alexander, Esq. (NV No. 6718)
    Taylor Anello, Esq. (NV No. 12881)
    8363 West Sunset Road, Suite 200
    Las Vegas, Nevada 89113-2210
    Tel: (702) 550-4400
    *Attorneys for Defendant DROCK Gaming, LLC*

</td><td>

Dated August 24, 2018


By: */s/ Valerie J. Fatica*
    Valerie J. Fatica, Esq., OH bar (0083812) admitted *pro hac vice*
    The Ottawa Hills Shopping Center
    4334 W. Central Ave., Ste. 222
    Toledo, OH 43615
    Tel: 419-654-1622

Robert P. Spretnak, Esq. (NV No. 5135)
Law Offices of Robert P. Spretnak
8275 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123
*Attorneys for Plaintiff Michele Joseph*

</td></tr>
</table>

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 27, 2018