**DICKINSON WRIGHT PLLC**
Cynthia L. Alexander
Nevada Bar No. 6718
Email: calexander@dickinson-wright.com
Taylor Anello
Nevada Bar No. 12881
Email: tanello@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
*Attorneys for Defendant DROCK Gaming, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Michele Joseph, individually,<br><br>Plaintiff,<br><br>vs.<br><br>DROCK Gaming, LLC., a Nevada limited liability company<br><br>Defendant. | Case Number: 2:17-cv-02265-APG-VCF<br><br>**STIPULATION AND ORDER RE: DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the undersigned, counsel of record for Plaintiff Michele Joseph ("Plaintiff") and Defendant DROCK Gaming, LLC ("Defendant") (collectively as "the Parties"), hereby agrees and stipulates as follows:

///

///

///

///

///

///

///

///

1

IT IS HEREBY AGREED AND STIPULATED by and between Plaintiff and Defendant that the Parties agree to dismiss all claims and causes of action alleged in the Complaint, known or unknown, against one another with prejudice.

IT IS FURTHER STIPULATED AND AGREED that each party will bear its own attorneys' fees and costs.

Dated September 7, 2018

DICKINSON WRIGHT, PLLC

By: /s/ Cynthia L. Alexander
Cynthia L. Alexander, Esq. (NV No. 6718)
Taylor Anello, Esq. (NV No. 12881)
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
*Attorneys for Defendant DROCK Gaming, LLC*

Dated September 7, 2018

By: /s/ Valerie J. Fatica
Valerie J. Fatica, Esq., OH bar (0083812) admitted *pro hac vice*
The Ottawa Hills Shopping Center
4334 W. Central Ave., Ste. 222
Toledo, OH 43615
Tel: 419-654-1622

Robert P. Spretnak, Esq. (NV No. 5135)
Law Offices of Robert P. Spretnak
8275 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123
*Attorneys for Plaintiff Michele Joseph*

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE
Dated: September 7, 2018.